DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**POLARIS CAPITAL AND INVESTMENTS LLC,** a Florida Limited Liability Company,

Appellant,

v.

**WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK NA, AS TRUSTEE ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I TRUST 2006-HE3, ASSET-BACKED CERTIFICATES, SERIES 2006-HE3, DARRYL G. MITCHELL** a/k/a **DARRYL MITCHELL, CHASE BANK USA, NA** f/k/a **CHASE MANHATTEN BANK, USA N.A., NAUTICA SOUND HOMEOWNERS ASSOCIATION, INC., UNKNOWN TENANT #1** n/k/a **SATH WASHINGTON** a/k/a **SATH BERONQUE WASHINGTON, COASTAL SCREEN & RAIL, LLC, ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER AND AGAINST THE NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISES, GRANTEES, OR OTHER CLAIMANTS ,**

No. 4D18-2408

[February 27, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502015CA012329XXXXMB.

Rachel M. Coe of Polaris Legal Group, Pompano Beach, for appellant.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for Appellee Wilmington Trust, NA.

PER CURIAM.

*Affirmed.*

CONNER and FORST, JJ., and GILLESPIE, KENNETH D., Associate Judge, concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***